# EXHIBIT B

**Patent Claims Analysis**

**of**

**US9280689: "Method and apparatus for conducting offline commerce transactions"**

**against**

**Dunkin' Mobile App**

# US9280689B2

United States

| | |
|---|---|
| Inventor | Marvin T. Ling |
| Current Assignee | Individual |

Worldwide applications

2011  WO  ~~EP~~  US

| PCT/US11/47862 | Claims priority from a provisional application | 61/385,022 | 09/21/2010 |
|---|---|---|---|

Total patentTerm Adjustments

arrow_upward

101days

CLAIMS

1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising:

(a) providing a personal code to a person for their use to purchase goods;

(b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode;

(c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor;

(d) establishing a User Account in a User Vendor Management Server corresponding to said personal code;

(e) depositing funds in said User Account to establish a credit limit;

(f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server;

(g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server;

(h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server;

(i) forwarding the approval signal to the vendor cash register; and

(i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising: | *Dunkin' Mobile App has a method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register.*  <https://www.dunkindonuts.com/en/mobile-app> © 2024 |



| | | |
|---|---|---|
| | | *<https://www.google.com/search?q=transaction+define>* @ 2025 |
| 1.1 | (a) providing a personal code to a person for their use to purchase goods; | *(a) providing a **personal code** ["card number and PIN"] to a person for their use to **purchase goods** ["purchase or transaction"].*<br><br>*For example, the Dunkin' Mobile App can give someone a card number and PIN so they can use it to make a purchase or complete a transaction.* |
| | | ***personal code***<br><br>**ENTER YOUR CARD INFORMATION**<br><br>Your card number and PIN are on the back of your Dunkin' card. Don't have a card? Register for Dunkin' Rewards to get one online.<br><br>*<https://www.dunkindonuts.com/en/dunkin-cards/check-balance>* © 2024 |
| | | ***purchase goods***<br><br>Points may be redeemed for Rewards, which consist of select Dunkin' food and beverage items. The number of points required for select food and beverages will be outlined in the reward catalog, which is available in the Dunkin' app and on dunkindonuts.com ("**Website**") and may be changed from time to time. Members must have at least enough available Points in their account for the Reward that the Member wishes to redeem. Points accrued by a Member in any purchase or transaction may only be redeemed for Rewards in a separate, subsequent purchase or transaction.<br><br>*<https://www.dunkindonuts.com/en/dunkinrewards/dunkin-rewards-terms-and-conditions>* @ 2024 |

| | | |
|---|---|---|
| 1.2 | (b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode; | (b) converting said **personal code** *["card number and PIN"]* into barcode format to form a **User ID Barcode** *[SEE IMAGE]*, said **User ID Barcode** *[SEE IMAGE]* corresponding to said **personal code** *["card number and PIN"]* and including at least one **special character** *[DIFFERENT CODES]* to distinguish the barcode as a **User ID Barcode** *[SEE IMAGE]* from a **product barcode** *[SEE IMAGE]*.<br><br>For example, the Dunkin' Mobile App can turn that card number and PIN into a special barcode called a User ID Barcode. This barcode represents the same card number and PIN but also includes at least one unique element that marks it as a User ID Barcode—so it's not confused with a regular product barcode. |
| | | ***personal code***<br><br>**ENTER YOUR CARD INFORMATION**<br><br>Your card number and PIN are on the back of your Dunkin' card. Don't have a card? Register for Dunkin' Rewards to get one online.<br><br><*https://www.dunkindonuts.com/en/dunkin-cards/check-balance*> *© 2024* |
| | | ***User ID Barcode*** |



<*https://news.dunkindonuts.com/blog/dunkin-perks-loyalty-pilot-program*> © 2024

*special character*



<*https://news.dunkindonuts.com/blog/dunkin-perks-loyalty-pilot-program*> © 2024



<*https://www.barcodelib.com/vb_net/qrcode_unicode_encoding.html*> @ 2024

| | | |
|---|---|---|
| | | *product barcode*<br><br><<https://www.walgreens.com/store/c/dunkin%27-iced-coffee-original-original/ID=300408020-product>> © 2025 |
| 1.3 | (c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor; | (c) storing said **personal code** **["card number and PIN"]** in said **User ID Barcode** **[SEE IMAGE]** format by said person for use to **purchase goods** **["purchase or transaction"]** and storing said **personal code** **["card number and PIN"]** in a **User Vendor Management Server** **["system"]** to permit purchases to be made at a vendor.<br><br>*For example, the Dunkin' Mobile App allows the person to save their card number and PIN as a special barcode (User ID Barcode) to use for purchases. At the same time, the app stores that card number and PIN in Dunkin's system so the person can complete purchases at a store.* |
| | | *personal code* |

| | |
|---|---|
| | **ENTER YOUR CARD INFORMATION**<br><br>Your card number and PIN are on the back of your Dunkin' card. Don't have a card? Register for Dunkin' Rewards to get one online.<br><br><*https://www.dunkindonuts.com/en/dunkin-cards/check-balance*> © 2024 |
| | ***User ID Barcode***<br><br><br><br><*https://news.dunkindonuts.com/blog/dunkin-perks-loyalty-pilot-program*> © 2024 |
| | ***purchase goods***<br><br>Points may be redeemed for Rewards, which consist of select Dunkin' food and beverage items. The number of points required for select food and beverages will be outlined in the reward catalog, which is available in the Dunkin' app and on dunkindonuts.com ("**Website**") and may be changed from time to time. Members must have at least enough available Points in their account for the Reward that the Member wishes to redeem. Points accrued by a Member in any purchase or transaction may only be redeemed for Rewards in a separate, subsequent purchase or transaction.<br><br><*https://www.dunkindonuts.com/en/dunkinrewards/dunkin-rewards-terms-and-conditions*> @ 2024 |
| | ***User Vendor Management Server*** |

| | | |
|---|---|---|
| | | From time to time, participating Dunkin' store locations may experience system unavailability and cannot process a Dunkin' Rewards transaction and Points will not be recorded. Members can contact Customer Care to request that Customer Care manually enter the points for the transaction into the Members account. The Customer Care Team can be contacted by email at customerservice@dunkinbrands.com or at 1-800-447-0013.<br><*https://www.dunkindonuts.com/en/dunkinrewards/dunkin-rewards-terms-and-conditions*> © 2024 |
| 1.4 | (d) establishing a User Account in a User Vendor Management Server corresponding to said personal code; | (d) establishing a **User Account** **["DD Perks account"]** in a **User Vendor Management Server** **["system"]** corresponding to said **personal code** **["card number and PIN"]**.<br><br>For example, the Dunkin' Mobile App sets up a DD Perks account in its system that matches the person's card number and PIN. |
| | | **User Account**<br>To enjoy On-the-Go Ordering, DD Perks members nationwide must download the newest version of the popular Dunkin' Donuts Mobile App, called "New Dunkin' Donuts" in the App Store or Google Play Store. Featuring a new, contemporary touch-friendly design, the App is unique for its one-tap order functionality and visual menus. It can be downloaded for free at the App Store or Google Play Store. In addition to the On-the-Go Ordering capabilities, the App also lets users access their DD Perks account to find mobile coupons and offers, locate the nearest Dunkin' Donuts, find nutritional information and more.<br><*https://news.dunkindonuts.com/news/dunkin-donuts-on-the-go-mobile-ordering-now-available-nationwide*> © 2025 |
| | | **User Vendor Management Server**<br>From time to time, participating Dunkin' store locations may experience system unavailability and cannot process a Dunkin' Rewards transaction and Points will not be recorded. Members can contact Customer Care to request that Customer Care manually enter the points for the transaction into the Members account. The Customer Care Team can be contacted by email at customerservice@dunkinbrands.com or at 1-800-447-0013.<br><*https://www.dunkindonuts.com/en/dunkinrewards/dunkin-rewards-terms-and-conditions*> © 2024 |
| | | **personal code**<br>**ENTER YOUR CARD INFORMATION**<br>Your card number and PIN are on the back of your Dunkin' card. Don't have a card? Register for Dunkin' Rewards to get one online.<br><*https://www.dunkindonuts.com/en/dunkin-cards/check-balance*> © 2024 |

| 1.5 | (e) depositing funds in said User Account to establish a credit limit; | (e) **depositing funds** **["adding their DD Perks card to the Wallet app"]** in said **User Account** **["DD Perks account"]** to establish a **credit limit** **["Points credited to a Member's account"]**. |
|---|---|---|
| | | For example, the Dunkin' Mobile App lets you add money to your DD Perks account, which results in points being added to your membership account. |
| | | **User Account** |
| | | To enjoy On-the-Go Ordering, DD Perks members nationwide must download the newest version of the popular Dunkin' Donuts Mobile App, called "New Dunkin' Donuts" in the App Store or Google Play Store. Featuring a new, contemporary touch-friendly design, the App is unique for its one-tap order functionality and visual menus. It can be downloaded for free at the App Store or Google Play Store. In addition to the On-the-Go Ordering capabilities, the App also lets users access their DD Perks account to find mobile coupons and offers, locate the nearest Dunkin' Donuts, find nutritional information and more. |
| | | <*https://news.dunkindonuts.com/news/dunkin-donuts-on-the-go-mobile-ordering-now-available-nationwide*> © 2025 |
| | | ***depositing funds*** |
| | | On iPhone, the DD Perks card supports Wallet and Apple Pay, so Dunkin' Donuts' DD Perks Rewards Program members have the ability to receive points by adding their DD Perks card to the Wallet app, and also use Apple Pay to quickly reload a DD Perks card. Touch ID makes reloading even more convenient because guests can add to their balance without having to enter passwords or credit card numbers. |
| | | <*https://news.dunkindonuts.com/news/dunkin-donuts-on-the-go-mobile-ordering-now-available-nationwide*> © 2025 |
| | | ***credit limit*** |
| | | Dunkin' reserves the right to terminate a Member's account and/or participation, including canceling points and Rewards, in the Dunkin' Rewards if it the Member has violated the Privacy Policy, Online Terms of Use, or these Terms and Conditions, or if the use of the Member's account is unauthorized, fraudulent or otherwise unlawful or in violation of any of those policies or terms. Dunkin' also reserves the right to cancel Points credited to a Member's account if it is determined that (a) Points were incorrectly posted to the Member's account, or (b) Points were obtained fraudulently. |
| | | <*https://www.dunkindonuts.com/en/dunkinrewards/dunkin-rewards-terms-and-conditions*> © 2024 |
| 1.6 | (f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product | (f) conducting purchases at vendors each having a **vendor server** **["system"]** wherein each purchase includes scanning **product barcode** **[SEE IMAGE]**s including **product price** **["2/$7.00"]** and said **User ID Barcode** **[SEE IMAGE]** with a **product barcode** **[SEE IMAGE] scanner** **["in store to scan your app"]** at the **vendor cash register** **["in store to scan your app"]** and transmitting both **product barcode** **[SEE IMAGE]**s and |

| | | |
|---|---|---|
| | price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server; | **User ID Barcode** *[SEE IMAGE]* to said **vendor server** *["system"]*.<br><br>*For example, the Dunkin' Mobile App can be used to make purchases at stores that have a compatible system. During a purchase, the cashier scans the product barcodes (such as items on sale like 2 for $7.00) and also scans the User ID Barcode from your app. Both the product information and your User ID Barcode are then sent to the system to complete the transaction.* |
| | | *product price*<br>Dunkin' Iced Coffee Original Original, 13.7 oz<br><br>4.3 ★★★★☆ 555<br><br>[product image]<br><br>2/$7.00 or 1/$3.99 $0.26/oz<br><*https://www.walgreens.com/store/c/dunkin%27-iced-coffee-original-original/ID=300408020-product*> @ 2025 |
| | | *User ID Barcode* |



<*https://news.dunkindonuts.com/blog/dunkin-perks-loyalty-pilot-program*> *© 2024*

***product barcode***



<https://www.walgreens.com/store/c/dunkin%27-iced-coffee-original-original/ID=300408020-product> © 2025

**scanner**

Check out faster. Whether you're stopping in store to scan your app or ordering ahead, load funds to your account to save time on your run.

<https://play.google.com/store/apps/details?id=com.buzzparade.dunkin> @ 2025

**vendor cash register**

| | | |
|---|---|---|
| | | Check out faster. Whether you're stopping in store to scan your app or ordering ahead, load funds to your account to save time on your run.<br><br><https://play.google.com/store/apps/details?id=com.buzzparade.dunkin> @ 2025 |
| 1.7 | (g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server; | (g) detecting the **User ID Barcode [SEE IMAGE]** at the **vendor server ["system"]** and forwarding the ID Barcode and **purchase price ["2/$7.00"]** to said **User Vendor Management Server ["system"]**.<br><br>For example, the Dunkin' Mobile App helps the store's system recognize the User ID Barcode and then sends both the barcode and the details of the 2-for-$7.00 offer to the system to process the purchase. |
| | | *User ID Barcode*<br><br><br><https://news.dunkindonuts.com/blog/dunkin-perks-loyalty-pilot-program> © 2024 |
| | | *purchase price* |

| | | |
|---|---|---|
| | | *<https://www.walgreens.com/store/c/dunkin%27-iced-coffee-original-original/ID=300408020-product>* @ 2025 |
| | | **User Vendor Management Server**<br>From time to time, participating Dunkin' store locations may experience system unavailability and cannot process a Dunkin' Rewards transaction and Points will not be recorded. Members can contact Customer Care to request that Customer Care manually enter the points for the transaction into the Members account. The Customer Care Team can be contacted by email at customerservice@dunkinbrands.com or at 1-800-447-0013.<br><*https://www.dunkindonuts.com/en/dunkinrewards/dunkin-rewards-terms-and-conditions*> © 2024 |
| 1.8 | (h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server; | *(h) comparing the **purchase price ["2/$7.00"]** with the funds in said **User Vendor Management Server ["system"]** to determine if there are available funds within the **credit limit ["Points credited to a Member's account"]** in the **User Vendor Management Server ["system"]** account, and if there are, sending an **approval signal ["receive Dunkin' Rewards loyalty points"]** to the **vendor server ["system"]**.*<br><br>*For example, the Dunkin' Mobile App checks whether the 2-for-$7.00 purchase can be covered by the funds or points available in the member's account. If there are enough points, the system approves the purchase and updates the account by adding Dunkin' Rewards points.* |
| | | **purchase price** |

| | |
|---|---|
| | **Dunkin' Iced Coffee Original Original, 13.7 oz**<br>4.3 ★★★★☆ 555<br><br>2/$7.00 or 1/$3.99 $0.26/oz<br><<https://www.walgreens.com/store/c/dunkin%27-iced-coffee-original-original/ID=300408020-product>> @ 2025 |
| | ***User Vendor Management Server***<br>From time to time, participating Dunkin' store locations may experience system unavailability and cannot process a Dunkin' Rewards transaction and Points will not be recorded. Members can contact Customer Care to request that Customer Care manually enter the points for the transaction into the Members account. The Customer Care Team can be contacted by email at customerservice@dunkinbrands.com or at 1-800-447-0013.<br><*<https://www.dunkindonuts.com/en/dunkinrewards/dunkin-rewards-terms-and-conditions>*> © 2024 |
| | ***credit limit***<br>Dunkin' reserves the right to terminate a Member's account and/or participation, including canceling points and Rewards, in the Dunkin' Rewards if it the Member has violated the Privacy Policy, Online Terms of Use, or these Terms and Conditions, or if the use of the Member's account is unauthorized, fraudulent or otherwise unlawful or in violation of any of those policies or terms. Dunkin' also reserves the right to cancel Points credited to a Member's account if it is determined that (a) Points were incorrectly posted to the Member's account, or (b) Points were obtained fraudulently.<br><*<https://www.dunkindonuts.com/en/dunkinrewards/dunkin-rewards-terms-and-conditions>*> © 2024 |
| | ***approval signal***<br>To receive Dunkin' Rewards loyalty points ("Points"), you must purchase Qualifying Products (as defined below) at a participating Dunkin' store location and pay with an enrolled Dunkin' Card, Order through the Dunkin' App, or scan your Dunkin' Rewards ID and pay with a payment method available in the Dunkin' app or cash(a "Qualifying Purchase").<br><*<https://www.dunkindonuts.com/en/dunkinrewards/dunkin-rewards-terms-and-conditions>*> @ 2024 |

| | | |
|---|---|---|
| 1.9 | (i) forwarding the approval signal to the vendor cash register; and | (i) forwarding the **approval signal** **["receive Dunkin' Rewards loyalty points"]** to the **vendor cash register** **["in store to scan your app"]**.<br><br>For example, the Dunkin' Mobile App sends the earned Dunkin' Rewards loyalty points to the store system when your app is scanned during a purchase. |
| | | **approval signal**<br>To receive Dunkin' Rewards loyalty points ("Points"), you must purchase Qualifying Products (as defined below) at a participating Dunkin' store location and pay with an enrolled Dunkin' Card, Order through the Dunkin' App, or scan your Dunkin' Rewards ID and pay with a payment method available in the Dunkin' app or cash(a "Qualifying Purchase").<br><*https://www.dunkindonuts.com/en/dunkinrewards/dunkin-rewards-terms-and-conditions*> @ 2024 |
| | | **vendor cash register**<br>Check out faster. Whether you're stopping in store to scan your app or ordering ahead, load funds to your account to save time on your run.<br><*https://play.google.com/store/apps/details?id=com.buzzparade.dunkin*> @ 2025 |
| 1.10 | (i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode. | (i) repeating steps (f) through (i) for subsequent **purchase transactions** **["purchase or transaction"]** using said **User ID Barcode** **[SEE IMAGE]**.<br><br>For example, the Dunkin' Mobile App repeats the same process—scanning product barcodes, scanning your User ID Barcode, checking your account, and adding rewards points—for each new purchase made using your User ID Barcode. |
| | | **purchase transactions**<br>Points may be redeemed for Rewards, which consist of select Dunkin' food and beverage items. The number of points required for select food and beverages will be outlined in the reward catalog, which is available in the Dunkin' app and on dunkindonuts.com ("**Website**") and may be changed from time to time. Members must have at least enough available Points in their account for the Reward that the Member wishes to redeem. Points accrued by a Member in any purchase or transaction may only be redeemed for Rewards in a separate, subsequent purchase or transaction.<br><*https://www.dunkindonuts.com/en/dunkinrewards/dunkin-rewards-terms-and-conditions*> @ 2024 |
| | | **User ID Barcode** |



<https://news.dunkindonuts.com/blog/dunkin-perks-loyalty-pilot-program> © 2024

- **PRODUCT/SERVICE = "Dunkin' Mobile App"**

- *approval signal = "receive Dunkin' Rewards loyalty points"*
- *credit limit = "Points credited to a Member's account"*
- *depositing funds = "adding their DD Perks card to the Wallet app"*
- *personal code = "card number and PIN"*
- *product barcode = SEE IMAGE*
- *product price = "2/$7.00"*
- *purchase goods = "purchase or transaction"*
- *purchase price = "2/$7.00"*
- *purchase transactions = "purchase or transaction"*
- *scanner = "in store to scan your app"*
- *special character = DIFFERENT CODES, QR Code can encode … special characters*
- *User Account = "DD Perks account"*
- *User ID Barcode = SEE IMAGE*
- *User Vendor Management Server = "system"*
- *vendor cash register = "in store to scan your app"*
- *vendor server = "system"*