# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DUNKIN' BRANDS, INC., <br><br> Defendant. | Civil Action No. 7:25-cv-00334 <br><br> **JURY TRIAL DEMANDED** |

### DEFENDANT DUNKIN' BRANDS, INC.'S CONSENT MOTION
### FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Dunkin' Brands, Inc. ("Dunkin'") files this consent motion for extension of time to answer or otherwise respond to Plaintiff Wolverine Barcode IP, LLC's ("Wolverine") Complaint (ECF No. 1).

Wolverine filed its Complaint on July 31, 2025. Wolverine served Dunkin' with process on August 21, 2025, making Dunkin's initial deadline to respond on September 11, 2025.

Dunkin' respectfully requests a thirty (30) day extension of time, up to and including October 13, 2025, to answer or otherwise respond to Wolverine's Complaint. Dunkin's requested extension is necessary to allow Dunkin' to continue to analyze Wolverine's Complaint and to prepare an appropriate response. The requested extension is not for the purpose of delay, and will instead allow Dunkin' to fully address the issues presented in Wolverine's Complaint. Counsel for Wolverine confirmed via email on September 4, 2025 that Wolverine consents to this motion for extension of time.

LEGAL02/46620124v1

2

Accordingly, Dunkin' respectfully requests that the Court issue the attached proposed order extending Dunkin's time to answer or otherwise respond to Wolverine's complaint to October 13, 2025.

Dated: September 10, 2025

Respectfully submitted,

By: */s/ Robert L. Lee*
Robert L. Lee
GA Bar No. 443978
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone: (404) 881-7000
Fax:   (404) 881-7777
Bob.lee@alston.com

*Attorney for Defendant Dunkin' Brands, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 10, 2025.

                                        */s/ Robert L. Lee*
                                        Robert L. Lee

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Defendant conferred with counsel for Plaintiff regarding the foregoing motion and it is unopposed.

                                        */s/ Robert L. Lee*
                                        Robert L. Lee