**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

|  |  |
|---|---|
| WOLVERINE BARCODE IP, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DUNKIN' BRANDS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 7:25-cv-00334<br><br>**JURY TRIAL DEMANDED** |

## **[PROPOSED] ORDER**

Defendant Dunkin' Brands, Inc.'s Consent Motion for Extension of Time to Respond to Plaintiff's Complaint is GRANTED.  The deadline for Defendant Dunkin' Brands, Inc. to answer or otherwise respond to Plaintiff's Complaint is extended to October 13, 2025.