IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>    Plaintiff,<br><br>v.<br><br>**DUNKIN' BRANDS, INC.,**<br>    Defendant | Civil Action No. 7:25-cv-00334-DC-DTG |

**UNOPPOSED MOTION TO STAY ALL DEADLINES AND**
**NOTICE OF SETTLEMNT**

Plaintiff, Wolverine Barcode IP, LLC ("Wolverine") and Defendant, Dunkin' Brands, Inc., ("Defendant" or "Dunkin'") stipulate to Stay All Deadlines because the parties have reached an agreement in principle to resolve this matter. The parties require additional time to finalize the agreement and to dismiss the case. Therefore, the parties respectfully request that all hearings and deadlines between the parties be stayed for 30 days.

DATED: October 13, 2025        Respectfully submitted,

                                              **Ramey LLP**

                                    By: */s/ William P. Ramey, III*
                                          William P. Ramey, III
                                          Texas Bar No. 24027643
                                          5020 Montrose Blvd., Suite 800
                                          Houston, Texas 77006
                                          (713) 426-3923 (telephone)
                                          (832) 900-4941 (fax)
                                          wramey@rameyfirm.com

                                          *Attorneys for Wolverine Barcode IP, LLC*

-2-

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Defendants on October 13, 2025, and Defendant is unopposed to this motion.

<u>/s/ William P. Ramey, III</u><br>
William P. Ramey, III

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 13, 2025, a true and correct copy of the forgoing has been forwarded to all counsel of record via CM/ECF filing in accordance with the Federal Rules of Civil Procedure:

<u>/s/ William P. Ramey, III</u><br>
William P. Ramey, III