IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,** | § |
| *Plaintiff,* | § |
| v. | § CASE NO. 7:25-CV-00334-DC-DTG |
| **DUNKIN' BRANDS, INC,** | § |
| *Defendant,* | § |

## ORDER STAYING CASE

On October 13, 2025, the plaintiff, Wolverine Barcode IP, LLC, filed an unopposed motion to stay this case as the parties have settled the claims between them (Dkt. No. 10). Having considered the motion, the Court finds it should be **GRANTED**.

It is **ORDERED** that all unreached deadlines are **STAYED** for thirty (30) days. On or before November 13, 2025, the parties are **ORDERED** to file the appropriate dismissal paperwork or move for entry of an amended scheduling order.

**SIGNED** this 14th day of October, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE